# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3217
LT Case No. 2016-CF-021386-A

_____

JOSEPH J. LUZIER, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Brevard County.
Tesha Scolaro Ballou, Judge.

Joseph J. Luzier, III, Cocoa, pro se.

No Appearance for Appellee.


March 5, 2024


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____